

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00128-CV

| | | |
|---|---|---|
| Terry Ross | § | From the 271st District Court |
| | § | of Wise County (CV12-06-414) |
| v. | § | December 23, 2014 |
| N. Lane Akin | § | Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Terry Ross shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Sue Walker_____
Justice Sue Walker